# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18 cv 253

| | |
|---|---|
| **DONYELLE BROWN,** *a/k/a* Danyelle Brown, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **WELLS FARGO BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 4] filed by Frederick T. Smith, counsel for Defendant.

Upon review of the motion, it appears Gregory L. Smith Jr. is a member in good standing with the Georgia Bar and will be appearing with Frederick T. Smith, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 4]. The Court **ADMITS** Gregory L. Smith Jr. to practice *pro hac vice* before the Court while associated with local counsel.

Signed: July 10, 2018

Dennis L. Howell
United States Magistrate Judge